UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC., a Florida Non Profit
Corporation, and JOE HOUSTON, Individually,

        Plaintiffs,

                           Case No. 6:11-cv-190-Orl-28KRS

vs.

ORLTEL, LLC, a Delaware Limited Liability,
Company,

        Defendant.

_____/

### NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, Access 4 All, Inc. and Joe Houston, by and through their undersigned counsel, and pursuant to Local Rule 3.08, informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

     1.    That pursuant to Local Rule 3.08, the Court Order that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of Final Order or Judgment, or, on good cause shown, to re-open the case for further proceedings.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th** day of **August, 2011**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the following document is being sent via CM/ECF to: Attorneys for Defendant, Orltel, LLC, Richard D. Franzblau, Esq., *rdfranz@rdfllc.com*, Richard D. Franzblau, LLC, 1802 N. Alafaya Trail, Suite 137, Orlando, FL 32826.

<u>Access 4 All, Inc. and Joe Houston v. Orltel, LLC</u>
Case No.: 6:11-cv-190-Orl-28KRS

Respectfully submitted,

**<u>/s/Lawrence A. Fuller</u>**
Lawrence A. Fuller, Esq. (FBN0180470)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com
*Counsel for Plaintiffs, Access 4 All, Inc.*
*and Joe Houston*