## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ACCESS 4 ALL, INC., JOE HOUSTON,

**Plaintiffs,**

-vs-                                              **Case No.  6:11-cv-190-Orl-28KRS**

ORLTEL, LLC,

**Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Dismissal with Prejudice, with Court's

Retention of Jurisdiction to Enforce Settlement Agreement (Doc. No. 26), and pursuant

to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice.  The Court declines to retain

jurisdiction to enforce the settlement agreement.  All pending motions are **DENIED** as

moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _20_ day of

September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party